Jamaica Station  
Jamaica, NY 11435-4380

Helena E. Williams  
President

Richard L. Gans  
Vice President - General Counsel & Secretary

(718) 558-**MEMO ENDORSED**



## MTA Long Island Rail Road

**MEMO ENDORSED**

February 26, 2014

*Via Fax - (212) 805-7927*  
Judge Naomi Reice Buchwald  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007-1312

Re:   **Bishop v. Long Island Rail Road**  
       **13-CV-8049 (NRB)**

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 02/27/2014

Dear Justice Buchwald:

Pursuant to Your Honor's recent directive, the undersigned submits the following proposed discovery plan for your consideration with the consent of plaintiff's counsel:

1. Factual discovery to be completed by July 1, 2014;
2. Expert discovery to be completed by August 1, 2014;
3. Joint Pre-trial Order due on September 1, 2014.

No dispositive motions are anticipated.

So Ordered.  
Naomi Reice Buchwald, USDJ  
February 26, 2014

The parties have initiated and are proceeding with discovery in an amicable fashion to date.

Respectfully submitted,

Christopher P. Yodice  
Ass't Deputy General Counsel  
Torts & Administration

CPY/lj

cc:   Marc T. Wietzke, Esq.

MTA Long Island Rail Road is an agency of the Metropolitan Transportation Authority, State of New York  
Thomas F. Prendergast, Chairman and Chief Executive Officer