# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel:  (516) 877-1234   Fax: (516) 877-1177

Marc  Wietzke, Esq.
Admitted in NY & NJ
_____
Michael Flynn, Esq., Of Counsel

Offices throughout the Northeast
Toll Free: (866) 877-FELA

April 23, 2014

Judge Naomi R. Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  JESSE BISHOP V. LONG ISLAND RAILROAD COMPANY
        13 Civ. 8049 (NRB)

Dear Judge Buchwald:

We are plaintiff's counsel in the above-entitled case write to provide a status update.   I write to advise the Court that the parties have reached a settlement and a 30 day Order can be entered to that effect.

Respectfully submitted,

Marc Wietzke

MW:EF
Cc:  Christopher Yodice, Esq.