UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JESSE BISHOP,

                Plaintiff,                      13 Civ. 8049 (NRB)

    -against-                             STIPULATION OF
                                                         <u>DISMISSAL</u>
LONG ISLAND RAILROAD COMPANY,

                Defendants.
-----------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that the above-entitled action is hereby dismissed with prejudice and without costs, and an order to that effect may be entered without further notice.

DATED: April 24, 2014
           NASSAU, NEW YORK

                                                                 Flynn & Wietzke, P.C.
                                                                 Attorneys for Plaintiff

                                                                 By: _____
                                                                     A Member of the Firm

                                                                 Richard Gans, Esq.
                                                                 Attorneys for Defendant

                                                                 By: _____
                                                                     A Member of the Firm