```
USDC SDNY                     Buchwald, N.
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/09/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESSE BISHOP,

               Plaintiff,                          13 Civ. 8049 (NRB)

  -against-                                   STIPULATION OF
                                                      DISMISSAL

LONG ISLAND RAILROAD COMPANY,

              Defendants.
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that the above-entitled action is hereby dismissed with prejudice and without costs, and an order to that effect may be entered without further notice.

DATED: April 24, 2014
           NASSAU, NEW YORK

                                  Flynn & Wietzke, P.C.
                                  Attorneys for Plaintiff

                                  By:_____
                                  A Member of the Firm

                                  Richard Gans, Esq.
                                  Attorneys for Defendant

                                  By:_____
                                  A Member of the Firm

**SO ORDERED:**

_____
U.S.D.J.   5/8/14